STEPHEN LAUZON *vs.* REGINA D.V. LAUZON. May 13, 1996. *Supreme Judicial Court,* Appeal from order of single justice.

The petitioner, Stephen Lauzon, proceeded pro se before a single justice

---

[1] Individually and as next friend of Christina Farese, a minor.

[2] Susan Farese, individually.

[3] There were other defendants named in the complaint, but the only defendant before us is Patricia A. Connolly, as to whom entry of a separate judgment was authorized.

of this court and on his appeal. The papers in the appellate record do not disclose with any sufficient degree of clarity the nature of the claimed error in the trial court. The petitioner, consequently, did not show any basis for relief by the single justice pursuant to G. L. c. 211, § 3 (1994 ed.), and, in particular, whether he lacks a remedy through the ordinary course of appeal.

*Judgment affirmed.*

The case was submitted on the papers filed.

*Stephen Lauzon,* pro se.